# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:11cv53

| | | |
|---|---|---|
| CAROLINA INTERNET, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HARTFORD CASUALTY INSURANCE | ) | |
| COMPANY; and HARTFORD STEAM | ) | |
| BOILER INSPECTION & INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss or Alternatively for More Definite Statement. After such motion was filed, plaintiff filed a Voluntary Dismissal with Prejudice of Hartford Steam Boiler Inspection & Insurance Company (#10). See Fed.R.Civ.P. 41(a)(1). While such dismissal resolves a substantial portion of defendants' Motion to Dismiss, review of the Complaint reveals that plaintiff has not clearly set forth its claims against defendant Hartford Casualty Insurance Company. While it appears that plaintiff is attempting to allege a breach of contract claim, a bad-faith denial of an insurance claim, and perhaps additional claims, plaintiff must set forth each claim as a separate cause of action rather than aggregate such claims in one cause of action. The motion to dismiss will be denied and plaintiff will be directed to file a more definite statement within 14 days.


## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss (#5) is **DENIED** without prejudice, the Alternative Motion for More Definite Statement (#5) is

**GRANTED,** and plaintiff shall provide a more definite statement of his claims by setting out each cause of action separately in an Amended Complaint filed within 14 days. Plaintiff shall also attach to such Amended Complaint as an exhibit a copy of the policy of insurance at issue.

Signed: May 25, 2011

Max O. Cogburn Jr.
United States District Judge